470 A.2d 1036

Martin, Appellant,

v. Itoh & Co.

Argued November 21, 1983. James L. Martin, appellant, in propria persona; Frank J. Goldenberg, for appellees.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order affirmed.

472 A.2d 231

McDaniel, Appellant (at No. 252), v. Chrysler Corp.

Solomond, Appellant (at No. 253), v. Chrysler Corp.

Reargument Denied March 19, 1984.

Petition for Allowance of Appeal
Granted July 16, 1984.

Argued November 29, 1983. Mark B. Aronson, for appellants; Frederick N. Egler, Jr., for appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Order affirmed.